**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.1:25-cv-01115-STV

Jo Ellis,

Plaintiff,

v.

Matthew S. Wallace,

Defendant.

---

**PLAINTIFF'S MOTION FOR
EXTENSION OF TIME**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    1.    Plaintiff Jo Ellis, by and through undersigned counsel, respectfully requests an extension of time to hold the Status Conference currently set for June 18, 2025.

    2.    Plaintiff has received no prior extensions.

    3.    This extension is necessary because Defendant Matthew S. Wallace has not yet been served with the summons and complaint. Service has been attempted on Defendant on three separate occasions but has not yet been successful. Therefore, Plaintiff asks that the Court grant an extension of 30 days for the Status Conference and for any additional deadlines.

    4.    Plaintiff, by and through undersigned counsel, has attempted to contact the currently unrepresented Defendant in this case, but was unable to make contact. Plaintiff's

counsel contacted Defendant via e-mail on June 12, 2025, notifying him of Plaintiff's motion for an extension of time in this matter.

Respectfully submitted,

s/Meg Phelan                              Dated: June 12, 2025
Meg Phelan, SC Bar No. 78209
**Equality Legal Action Fund**
P.O. Box 81465
Lincoln, Nebraska 68501
(618) 680-0292
meg.phelan@equalityactionfund.org
*Attorney for Plaintiff*