### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

Civil Action No. 25-cv-01115-STV

**JO ELLIS**, an individual,

    Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

    Defendants.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

---

Defendant Matthew S. Wallace files this Unopposed Motion for Extension of Time to File a Responsive Pleading in this action until and including **July 28, 2025**, stating the following:

### CERTIFICATE OF CONFERRAL

Counsel have conferred and the relief requested herein is unopposed.

### MOTION

1. The Court is authorized to grant the requested relief by F.R.C.P. Rule 6(b)(1), which provides that "the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires".

2. Defendant was served with the Complaint on June 13, 2025.

3. The original time for Defendant to file his responsive pleading expires on July 7, 2025.

4. This request for an extension of time to file is submitted before the expiration of the original time to file.

5. Good cause exists to grant the requested extension requested because (a) Defendant's counsel was retained and filed his Notice of Appearance on June 24, 2025; (b) this request is Defendant's first request for an extension; (c) Defendant's counsel is a solo practitioner and the requested time is necessary for him to prepare a proper and complete responsive pleading on behalf of Defendant; (d) the parties have conferred and there is no opposition to the requested extension; (e) no party will be prejudiced by the extension; (f) judicial resources will not be wasted or duplicated by the grant of this requested extension.

WHEREFORE, Defendant Matthew S. Wallace respectfully requests this Honorable Court grant this motion and extend Defendant's time to file a responsive pleading in this action until and including **July 28, 2025**.

By: __/s/Dan Ernst_____
Dan Ernst, Esq. #53438
ERNST LEGAL GROUP, LLC
217 E. 7th Ave.
Denver, CO 80203
dan@ernstlegalgroup.com
***Attorney for Defendant Wallace***

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING was filed with the Court and served to the following via CM/ECF, the federal Court's E-filing System, on June 24, 2025, as follows:

***Attorney for Plaintiff***
Meg Phelan, SC Bar No. 78209
EQUALITY LEGAL ACTION FUND
P.O. Box 81465
Lincoln, Nebraska 68501
(618) 680-0292
meg.phelan@equalityactionfund.org

              By:  */s/Dan Ernst*
                 Dan Ernst
                 ERNST LEGAL GROUP, LLC
                 *Attorney for Defendant Wallace*