

**EXHIBIT 2**