

**Saggezza Eterna** ✓
@FinalTelegraph

The narrative surrounding this Black Hawk helicopter crash is more than meets the eye. Here's why:

The push to highlight the gender of the pilot, CW2 Jo Ellis, rather than the tragic event itself, smacks of the left's obsession with identity politics over competence. In the military, it's about skill, not labels.

Under President Trump, the focus was on military readiness and strength, not on meeting diversity quotas. This crash, involving a transgender pilot, raises questions about whether standards were compromised for political correctness.

Remember, Trump's administration aimed to keep our military focused on defense, not social experiments. The Biden administration's DEI (Diversity, Equity, Inclusion) initiatives might be costing us dearly in terms of safety and operational effectiveness.

We need to look beyond the headlines and ask if this tragedy was preventable. Was the focus on diversity over merit at play here? This incident should serve as a wake-up call to return to a military that prioritizes readiness and results over identity politics.

We're here to keep America vigilant and strong. For unfiltered truths about national security and how it's being compromised, follow @FinalTelegraph

#AmericaFirst #MilitaryStrength #TrumpLegacy

4:33 PM · Jan 30, 2025 · **30.7K** Views



23    78    284    33



**EXHIBIT 3**