# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01115-STV

**JO ELLIS**, an individual,

    Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

    Defendant.

---

## DECLARATION OF DEFENDANT MATTHEW S. WALLACE
## IN SUPPORT OF SPECIAL MOTION TO DISMISS PURSUANT TO § 13-20-1101, C.R.S.

---

I, Matthew S. Wallace, hereby declare, under penalty of perjury pursuant to the laws of Colorado and the United States, as follows:

    1.    I am over the age of 21, and I have personal knowledge of all the facts stated below.

    2.    I am Defendant in the above-captioned matter.

    3.    I believed Jo Ellis to have been a pilot in the aircraft collision that occurred on January 29, 2025, when I published statements to that effect.

    4.    My belief that Jo Ellis was a pilot in that collision was based on numerous reports stating that Jo Ellis was a pilot in that collision during the hours before I published my comments on the collision. *See e.g.,* **Exhibit A** attached hereto, a true and correct screenshot I took on July 23, 2025 of an X Post dated January 30, 2025, 9:22 p.m. ("The pilot of the Black Hawk has been identified as Chief Warrant Officer 2 (CW2) Jo Ellis, a transgender woman. … Jo has been making radicalized anti-Trump statements on socials." (linking to Jo Ellis interview of January 29, 2025)); *see also* **Exhibit B** attached hereto, a true and correct screenshot I took on July 23, 2025 of an X

1

Post dated January 30, 6:35 p.m. MST (identifying Jo Ellis as the "pilot who crashed the military helicopter"); *see also* **Exhibit C**, true and correct screenshot I took of the Santa Monica Observer's report, "A transgender Pilot Named Jo Ellis Flew Blackhawk Helicopter into the …"; *see also Id.*, a true and correct screenshot I took of The Express Tribune reporting, "Trans pilot Jo Ellis rumored to be Black Hawk pilot in fatal collision…"; *see also* **Exhibit D**, a true and correct screenshot I took of The Observer, reporting "A Transgender Pilot Named Jo Ellis Flew Blackhawk Helicopter Into the American Airlines Jet at Reagan National"; *see also* **Exhibit E**, a true and correct screenshot I took of an X Post published January 30, 2025, at 10:55 p.m. MST ("The pilot of the Black Hawk helicopter involved in the collision near Reagan National Airport has been identified as Chief Warrant Officer 2 (CW2) Jo Ellis"); *see also* **Exhibits F** and **G**, true and correct screenshots I took of foreign online commercial publications indicating that Jo Ellis was the helicopter pilot involved in the collision; *see also* **Exhibit H**, a true and correct screenshot I took on July 23, 2025 of an X post dated January 30, 2025, 10:35 p.m. MST (identifying Jo Ellis as the helicopter pilot in question).

5.     I did not "monetize" the tragedy. No advertisements or sponsorships were placed alongside any of the posts I made commenting on this story. It is common practice NOT to monetize tragic stories, and I followed that practice in this case.

6.     Jo Ellis, on the other hand, has taken many opportunities to "monetize" the controversy, including by taking on the persona, Black "Hawk-Tuah" Girl (referencing a popular online personality "Hawk-Tuah" girl.

7.     Jo Ellis was trending all over every social media platform in relation to the crash hours before I ever commented on the controversy.

8.     I only commented on the issues being raised (including DEI hiring of pilots) because these issues were being widely debated, and Jo Ellis' being the pilot of the crashed

2

helicopter was being widely reported (with no refutation or "Readers' Context" added to indicate that it was false).

9. I would never have implied that Jo Ellis was the pilot of the helicopter if I knew that was false, and once I discovered Jo Ellis was not the helicopter pilot, I immediately posted three separate posts on my account stating that Jo Ellis was not the pilot.

10. On January 30, 2025, at 8:39 a.m. CST, @noelogara published an X post stating, "The black Hawk helicopter pilot was transgender Jo Ellis, a psychologically disturbed person gave a farewell interview to ml Smerconish. See my earlier tweets for the link." *See* **Exhibit L**, a true and correct screenshot of said X post that I took on July 24, 2025.

11. On January 30, 2025, at 9:02 a.m. CST, @noelogara published an X post stating, "The Black Hawk helicopter pilot was transgender Jo Ellis and he was a psychologically disturbed woman saying farewell to Michael Smerconish. See my earlier tweets for the links." *See* **Exhibit M**, a true and correct screenshot of said X post that I took on July 24, 2025.

12. On January 30, 2025, at 10:10 a.m. CST, @RedactedReason published an X-post stating, "Apparently Jo Ellis, the pilot of the helicopter that ran into the plane, was transgender. Makes ya wonder 🫨." *See* **Exhibit N**, a true and correct screenshot of said X post that I took on July 24, 2025.

13. On January 30, 2025, at 11:46 a.m. CST, @Daniel__Olson published an X post stating, "Jo Ellis, please pick up the white courtesy phone…" *See* **Exhibit O**, a true and correct screenshot of said X post that I took on July 24, 2025.

14. On January 30, 2025, at 2:22 p.m. CST, @tseipos posts to X, "now it appears Jo Ellis, the chopper pilot, intentionally collided with the Delta flight in protest over Trump's transgender military policy. He/she is transgender." *See* **Exhibit R**, a true and correct screenshot of said X post that I took on July 24, 2025.

3

15.     On January 30, 2025, at 2:51 p.m. CST, @krooney61 publishes an X post, "The helicopter pilot? This article is 2 days old. Jo Ellis shares her journey of balancing a lifelong commitment to military service with the courage to live authentically as a transgender woman. [link]". *See* **Exhibit S**, a true and correct screenshot of said X post that I took on July 24, 2025.

16.     On January 30, 2025, at 2:55 p.m. CST, @thurston47395 publishes an X post stating, "It was a transgender pilot named Jo Ellis (Joel Ellis) that did it as a response to the transgender ban." *See* **Exhibit T**, a true and correct screenshot of said X post that I took on July 24, 2025.

17.     On January 30, 2025, at 3:45 p.m. CST, @tomgoldie publishes an X post stating, "A transgender pilot, Jo something. Might be why Trump was quick on the DEI charge."  *See* **Exhibit W**, a true and correct screenshot of said X post that I took on July 24, 2025.

18.     I believed in the truth of each and every statement that I published on X for which I am being sued here by Jo Ellis.

19.     I believed that the Black Hawk's transponder was "blacked out" at or near the time of the crash – that is, that the helicopter's transponder was unable to be detected by civilian aircraft and civilian air traffic control—when I published that opinion. *See* Complaint ¶ 15.

20.     I believed that the Black Hawk's zig-zag flight path was erratic and that the location of the crash (merely a half-mile from the Reagan National Airport's commercial runway) was "off" and "not normal" when I published that opinion. *Id.* ¶¶ 16-18.

21.     I believed that the video I posted showed that the helicopter had time to divert its path from collision when I published that opinion. *Id.* ¶ 19.

22.     I believed that Jo Ellis was the helicopter pilot who was involved in the fatal aircraft collision when I published that statement.

23.     I believed that Jo Ellis' podcast interview with Michael Smerconish would be taken down when I made the statement, "Listen before it's taken down". *Id.* ¶ 23.

24. I believed that Jo Ellis was in the process of converting to Judaism when I published the statement, "The transgender Helicopter pilot who allegedly crashed into the plane was in the process of converting to Judaism." *Id.* ¶ 24.

25. I believed that Jo Ellis wrote a long letter about gender dysphoria and depression when I published that opinion. *Id.* ¶ 25.

26. I believed that the fact that Jo Ellis, whom I believed to be the pilot involved in the crash, had written a long letter about gender dysphoria and depression one day before the fatal crash was evidence supporting the conclusion that the crash was intentional. That is, when I published the opinion that "what happened may have been another trans terror attack…" I believed that the crash may have been intentional. *Id.* ¶ 25.

27. Immediately after discovering that Jo Ellis was alive (and thus not the helicopter pilot in the fatal crash of January 29), I published a correction quoted at ¶ 34 of the Complaint, "Important update! Jo Ellis is a Black Hawk helicopter pilot for the military and did write an article about his [*sic*] 'journey' as a transgender in the military. However, he [*sic*] was not piloting the helicopter that crashed in to [*sic*] the plane and is still alive."

28. I first heard about the story that the helicopter pilot who was part of the collision was a transgendered person on the night of January 30, 2025, at 11:19 p.m. MST in a text from my friend who has access to, and posts on, the @JackWallace888 account. *See* **Exhibit Y**, a true and correct screenshot I took of text messages dated January 30, 2025, stored on my cellphone. All my posted comments on X were made **after** this text message exchange on or about 11:30 p.m. MST, January 30, 2025.

29. At that point, at 11:19 p.m. MST on the night of January 30, 2025, the name Jo Ellis was already trending all over social media in relation to the crash, with many articles and credible sources stating that Jo Ellis was piloting the helicopter.

5

30. Attached hereto as **Exhibit X**, is a true and correct screenshot I took of an X post made by @OhioHomegrown that shows Grok (X's artificial intelligence tool) was telling anyone who searched it that Jo Ellis was piloting the helicopter that was in the collision the day before, stating as follows:

> From Grok: Yes, this has been confirmed through posts found on X, which identified the pilot of the Black Hawk helicopter involved in the collision near Reagan National Airport as Chief Warrant Officer 2 Jo Ellis, a transgender woman serving in the Virginia Army National Guard.

31. By the time I heard about the story, 16 hours and 32 minutes later, the name Jo Ellis had more than 80,000 posts on X alone. It was also all over Facebook and the other major platforms. My comments on the story represent far less than 1% of the total views the story got on social media.

32. There were also more than a dozen articles in commercial newspapers and magazines stating that Jo Ellis was the pilot.

33. I only commented on the story that reported Jo Ellis was the helicopter pilot involved in the fatal crash because I genuinely believed it was true. The second I found out that it was not true, I deleted my comments and posted three separate statements saying Jo Ellis was not the pilot to make sure it was clear.

34. I am supporting my family with three little kids on one income, and I only make about $2,000 a month from X revenue. I made $0 from any post related to the crash because X fully demonetizes any posts pertaining to tragedies.

35. Meanwhile, Jo Ellis is using what happened to promote a new podcast, go on multiple TV shows, join their favorite podcasts like KillTony, and launch a stand-up comedy tour including jokes about what happened.

36. Jo Ellis' social media pages have been quickly growing since the tragedy, it is Ellis that is exploiting the tragedy, not me.

37. Jo Ellis speaks publicly now of having overcome the fear of chasing the lifelong dream of being a comedian due to what happened.

38. There is no evidence that the comments I made, from approximately midnight of January 31, 2025 CST that referred to Jo Ellis as the pilot until I deleted and corrected them shortly thereafter once I heard that Jo Ellis was not the pilot, had any negative impact at all. If I had never made the posts, Jo Ellis would have still been trending all over the internet, and almost nothing would be different. That is not just an opinion, we know that for a fact because Jo Ellis was already trending number 2 before I commented.

39. Most of the articles the next morning, saying Jo Ellis was falsely accused, did not even cite me or my posts. The CNN interview Jo Ellis did not long after, for example, showed many articles and viral X posts made before I commented, without a single mention of mine.

40. I believe the real reason they chose to sue me instead of X or any of the news outlets who reported it is because they see me as an easy target without a lot of money to defend myself.

41. The most obvious proof that this lawsuit is for publicity and not real damages is Jo Ellis publicly telling multiple mainstream media outlets that any money awarded as a result of the lawsuit would be donated to the victims of the crash. This is not how defamation law is supposed to be used.

42. Since Plaintiff couldn't claim any economic damages when filing the Complaint, they decided to just assert "mental stress" and "a need for security" as damages without any plausible detail or credible evidence that my comments caused such alleged damages.

7

43. Anyone following on social media can clearly see that Jo Ellis is way happier and is enjoying life way more than before. Jo Ellis went from publishing a depressing article a couple of days beforehand to living a lifelong dream and posting videos on X, while bragging about her new found fame, money and driving in a new luxury car.

44. The claim of needing security is also hard to understand. How could falsely being linked to the crash create a need for security if that would also mean you were no longer alive? Anyone who sent a message would have to believe they were sending it to someone no longer on the other end. Why wait until the next morning to post a proof of life if there was a real threat? Why post your location on X only a few days later if there was a real worry? If the claim is that just being a public figure at all creates the threat, then why go on as many shows as possible? I believe Jo Ellis' just put that in the lawsuit because there is not much else to put and it is an unverifiable, and conclusory assertion of damages.

45. The Equality Legal Action Fund (which is funding the lawsuit) is using the lawsuit to get as many donations as possible through the publicity.

46. Jo Ellis is using the lawsuit to make connections and grow as a public personality.

47. The anti-slap law was put in place exactly for cases like this.

**I attest under penalty of perjury that the foregoing numbered statements, each and all, are true and correct and sign below to affirm this:**

Dated  7/28/25           and signed in Denver County Colorado

By: _____
MATTHEW S. WALLACE

## CERTIFICATE OF SERVICE

The undersigned certifies that on <u>July 28, 2025</u>, a copy of the above anti-SLAPP special motion to dismiss and its attached declarations were served on counsel for Defendant by email through the Colorado Court's E-Filing Service, ICCES at the following:

Attorneys for Plaintiff:

                       By:    ERNST LEGAL GROUP, LLC

                                *Dan Ernst*
                             *Attorney for Defendant Wallace*

9