

**Santa Monica Observer**
https://www.smobserved.com › story › news › a-transgender...

## A Transgender Pilot Named Jo Ellis Flew Blackhawk Helicopter Into the ...

1 day ago · The pilot of the Black Hawk helicopter that crashed directly into a Bombardier jet carrying 64 passengers Wednesday evening, has been identified by podcaster Luke...

Tags: Jo Ellis    Black Hawk



**The Express Tribune**
https://tribune.com.pk › story › trans-pilot-jo-ellis-rumored...

## Trans pilot Jo Ellis rumored to be Black Hawk pilot in fatal collision ...

15 hours ago · Transgender pilot Jo Ellis is rumored to have been involved in the American Airlines flight and Black Hawk collision.

**EXHIBIT C**