

**EXHIBIT E**