

**EXHIBIT F**