

**EXHIBIT G**