

**EXHIBIT H**