

**EXHIBIT L**