

**EXHIBIT N**