

**EXHIBIT R**