

**EXHIBIT S**