

**EXHIBIT T**