

**EXHIBIT W**