

**EXHIBIT X**