

**Living to Serve, Living as Myself: A Transgender Service Member's Perspective**
smerconish.com

11:23 PM

I'm hoping this wasn't intentional regarding the place crash at DCA… 👇

She has served 15 years in the military, and wants to serve more: A Transgender service member's perspective | The Smerconish Podcast https://t.co/MDZVGwTKP1

 **Patriot1776 (@GaryPatriot1776)**
x.com

11:25 PM



