**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO DISTRICT**

Civil Action No. 1:25-cv-01115-STV

JO ELLIS,

      Plaintiff,

v.

MATTHEW S. WALLACE,

      Defendant.

---

**DECLARATION OF PLAINTIFF JO ELLIS IN RESPONSE TO DEFENDANT'S SPECIAL MOTION TO DISMISS PURSUANT TO C.R.S. § 13-20-1101**

---

I, Jo Ellis, hereby declare, under penalty of perjury pursuant to the laws of Virginia and the United States, and state as follows:

1. I am over the age of 21 years, am of sound mind, and am fully competent to make this Declaration. I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2. I am the Plaintiff in the above-captioned lawsuit. I am a Virginia resident and have lived in Virginia for the past 16 years. I was enlisted in the Virginia Army National Guard beginning in 2009 as a helicopter mechanic and a door gunner. I have deployed to the Middle East twice and was recently preparing for a third deployment. In 2020, I was accepted into the Army's Warrant Officer Flight Training program, and I subsequently completed Warrant Officer Candidate School; Survival, Evasion, Resistance, and Escape School; and the UH60 Black Hawk helicopter course. Professionally, I am employed full-time by a private information technology company. I previously worked for Michael Smerconish from 2022-2024.

3.      Before the events giving rise to this lawsuit, I was a private individual with virtually no online presence. I intentionally locked down my online footprint after my transition due to the inherent danger associated with being a transgender woman. Because of people like Defendant, who actively targets innocent transgender people with baseless accusations of being unstable or more likely to be violent, I kept my life private as a safety measure. The defamatory statements made about me by Defendant in this case concerned my role as a private individual serving as a UH-60L Black Hawk pilot in the Virginia Army National Guard. There was no general public interest in my role as a transgender individual, a warrant officer, or a Black Hawk pilot prior to the publication of defamatory statements about me. I was not known nationally and had no national, state-wide, or even local notoriety. At most, I was known by my unit in the Virginia Army National Guard.

4.      As a private individual and a transgender woman, I have political opinions. However, as a member of the Virginia Army National Guard, these political opinions are mine and do not reflect those of the Department of Defense. My political views did not interfere with my ability to serve in the military until President Trump issued an Executive Order on January 25, 2025, which banned transgender individuals from openly serving in the military. It was only because of the Executive Order that I chose to publicly speak out as a transgender woman. Despite this Executive Order, I continue to serve in the military on administrative absence while an Honorable administrative separation is processed.

5.      On January 28, 2025, I was a guest on "The Smerconish Podcast," which aired on SiriusXM the morning of January 29, 2025. During my discussion with Michael Smerconish, I described my religious and conservative upbringing, my struggles with gender dysphoria as a child, and my eventual transition from male to female in 2023. I also wrote an essay, "Living to

Serve, Living as Myself: A Transgender Service Member's Perspective," which was published on smerconish.com, on January 28, 2025. Prior to the midair collision between the Black Hawk helicopter and the commercial airliner, I remained a private individual. No one had even contacted me regarding the podcast or the essay I had written.

6. On January 29, 2025, there was a horrific midair collision between an Army UH-60L Black Hawk helicopter and a regional commercial airplane operated by American Airlines. It was the first midair collision in the United States in 16 years and all 67 individuals onboard both aircraft tragically perished. President Donald Trump held a press conference shortly after the crash in which he claimed that diversity, equity, and inclusion ("DEI") was to blame for the collision, though he did not provide a basis for the accusation.

7. Just hours after President Trump blamed DEI for the tragedy, Defendant began peddling false accusations that I was involved in the crash. Defendant, who appears to maintain multiple handles on X (formerly known as Twitter), one of which (@mattwallace888) has 2.3 million followers, alleged that he learned a transgender pilot was to blame for the collision. *See* **Plaintiff's Exhibit 2**. Defendant claimed he learned from his "brother" (X user @jackwallace888) that the helicopter pilot was "a transgender," and he included a picture of me on his X post. *Id.*

8. After Defendant's first post went viral, Defendant deleted the post and published additional lies about my involvement in my crash. Shortly after midnight on January 31, 2025, using the handle @jackwallace888, Defendant posted a clip of my podcast interview with Michael Smerconish. *See* **Plaintiff's Exhibit 3**. Several hours later, Defendant claimed I "wrote a long letter about 'Gender Dysphoria' and depression" the day before the crash. **Plaintiff's Exhibit 4**. In the post, Defendant included two photos of me and claimed I participated in

"another trans terror attack." *Id*. This post alone garnered at least 4.8 million views on X. Approximately two hours later, Defendant posted another photo of me and said I was in the process of converting to Judaism.

9. In the early morning hours of January 31, 2025, Defendant also posted two photos of me side-by-side to one of his TikTok accounts, @realmattwallace_001, with the caption, "A transgender Black Hawk pilot wrote a letter about depression and 'Gender Dysphoria' 1 day before the fatal crash! / What happened may have been another trans terror attack…" *See* **Plaintiff's Exhibit 5**. On his TikTok reel, Defendant played an audio clip titled "Very Sad," and used the hashtag, "#goviral." *See id.* Defendant's TikTok post is still online today.

10. When I woke up on the morning of January 31, 2025, I received multiple messages and phone calls from individuals asking if I was alive. Many people messaged me saying Defendant was the individual who started the rumor about me causing the collision. Several online accounts sent me screenshots of Defendant's posts and said they relied upon them before reporting the rumor themselves.

11. That morning I also received a phone call on my personal cell phone from a reporter with the *Daily Mail* asking me to comment on the accusation that I was the pilot of the Army UH-60L that crashed into a commercial airliner.

12. After being contacted by countless individuals about my rumored involvement in the crash, I made my Facebook profile public and created my "proof of life" video in an attempt to quell the rumors. I also decided to create an X account to look into who Defendant was, and to locate his original posts. However, most of Defendant's posts had been deleted by that point. In perusing social media, I quickly realized I was the number two trending topic on X that day. According to various reports, Defendant had painted me as an extremist, transgender military

pilot who was disgruntled with the Trump Administration after the Executive Order was published that effectively kicked me out of the military. Defendant created a narrative that I engaged in a terroristic murder-suicide plot while piloting the Black Hawk helicopter.

13. Shortly after Defendant's story went viral, I began receiving death threats and other forms of online harassment. The evening of Friday, January 31, 2025, my spouse called me crying and asked me not to appear on CNN to dispel the rumors about my involvement in the crash because she feared that something worse than online threats would happen to me or our family.

14. Given the nature of the threats and the fact that I am a transgender woman involuntarily thrust into the spotlight through no fault of my own, I ultimately had to go into hiding. The head of security at the private company I work for contacted me after seeing the headlines about my involvement in the crash. My company eventually set up a private security detail because they feared for mine and my family's lives, and I was unable to cover the expenses myself. I genuinely feared for my own safety and for the safety of my family.

15. On February 6, 2025, I sent a direct message to Defendant on X and offered him the chance to speak with me regarding his involvement. Defendant never replied until after the lawsuit was filed. On April 25, 2025, Defendant randomly sent me a direct message on X telling me about his wife and the three children for whom they struggle to find healthy food options. As I was represented by counsel and was confused by Defendant's message, I did not respond. I, too, have a spouse and a daughter, and they feared for mine and their own personal safety because of Defendant's malicious accusations against me.

16. After seeing Defendant's comments about me and my alleged involvement in the crash, I looked through his profile on X and quickly realized he often blames tragedies on

transgender individuals. It became clear that he connected my interview with Michael Smerconish that happened to be released the morning of the crash and ran with it. I was the perfect scapegoat after President Trump blamed DEI.

17. Additionally, the fact that Defendant deleted his posts about me after they went viral convinced me that he did not actually believe them, but rather was only interested in increasing traffic to his profile.

18. Once his lies were discovered, Defendant instantly blamed other X users, namely a user with the handle @FakeGayPolitics. *See* **Plaintiff's Exhibit 6**. User @FakeGayPolitics initially posted about me on X on January 30, 2025, at 8:22 p.m. CT. *See* **Plaintiff's Exhibit 7.** On January 31, 2025, at 12:29 p.m. CST, Defendant reposted user @FakeGayPolitics' post and claimed it was the "first account who reported what we now know is false" about me. *Id.* Defendant subsequently provided excuses as to why the rumors about my involvement seemed believable. *See* **Plaintiff's Exhibit 8**. It was obvious that he realized he had posted blatantly defamatory statements and had to cover his tracks as soon as possible. However, after Defendant blamed user @FakeGayPolitics, that user immediately produced screenshots of other users' posts about me, including Defendant's, on which he relied when reposting the rumor. *See* **Plaintiff's Exhibit 9**. Francesco, the individual who managed the account @FakeGayPolitics, even provided screenshots to me on X via direct message demonstrating that Defendant posted the information before he did. *See* **Plaintiff's Exhibit 10**.

19. Because of the defamatory attacks on my character, I have suffered severe emotional distress, pecuniary loss, and other damages that have been directly caused by Defendant's conduct. For instance, I doubled my therapy sessions, which are not covered by my insurance, after I was dragged into this rumor and the public spotlight. As a pilot, I am required

to maintain a valid medical clearance, which has stringent mental health requirements. For that reason, I have avoided formal mental health diagnoses and, instead, I met with my therapist on a weekly basis due to the added strain caused by Defendant's actions.

20. Additionally, I "grounded" (disqualified) myself from civilian flying for several months because I realized the stress I was experiencing would likely impact my flying abilities. Before Defendant's comments about me, I consistently maintained my civilian flying credentials. However, after Defendant's comments about me and the stress they caused, I did not fly again until March 12, 2025. Due to that gap in my flying time, I had to pay for extra flight hours just to rebuild my confidence before flying a passenger on March 23, 2025. I have not flown since that day because of the constant stress on my life from this ordeal and the effects of being in the public eye. My lack of flying currency has directly impacted my flying proficiency because I have not been able to fly consistently as I did before Defendant's comments upended my life. Defendant's viral comments about my mental health being unstable have likely jeopardized my civilian flying career and any future job prospects, if I was to pursue a career as a commercial pilot.

21. Contrary to Defendant's assertions, I have not received any compensation for the comments I have provided to the media regarding this tragedy. In fact, I have paid out of pocket for multiple appearances and for the time away from my private job. I have spent hundreds of hours defending myself and responding to inquiries associated with these horrible falsehoods. Moreover, I have missed multiple days of work, including sick days, from my private job because of the stress this has inflicted upon me. Not only have I used sick days to cope, but I also manage a team of engineers, so my tasks fell on my team and another manager each time I was unable to be present.

22. It has been seven months since the crash and Defendant's statements about me, yet my name is still associated with the tragedy and with general hate against the transgender community. When there is a close call or an accident involving military or civilian aviation, people often reference the DC crash and, sometimes, I am referenced too. For instance, on July 25, 2025, when a regional Delta jet operated by SkyWest had a near miss with a military B-52, some people tagged me in posts containing news articles and asked if I was flying that day.

23. I continue to receive online threats and hateful comments, and am still fearful that I will be recognized as a "transgender terrorist" when I am out in public. I will never be able to live a private life or maintain any sort of anonymity due to these base allegations. The fact that I have become the subject of public attention—which I never wanted to be—is directly linked to Defendant's false statements about me and my alleged involvement in the horrific crash. My name and reputation have been tarnished across the country, probably for the rest of my life. In all likelihood, I will never escape the consequences of what Mr. Wallace has done to me.

Executed this 18th day of August 2025 in Virginia.

*Jo Ellis*
Jo Ellis, Plaintiff