

**Plaintiff's Exhibit 2**