... 



**Plaintiff's Exhibit 3**