

**Plaintiff's Exhibit 4**