

**Plaintiff's Exhibit 5**