

**Plaintiff's Exhibit 6**