



Plaintiff's Exhibit 7