

**Plaintiff's Exhibit 8**