

**Plaintiff's Exhibit 9**