

**Plaintiff's Exhibit 10**