

**Plaintiff's Exhibit 11**