

**Plaintiff's Exhibit 12**