

**Plaintiff's Exhibit 13**