

**Plaintiff's Exhibit 14**



**Matt Wallace** ✔ 🔳 @MattWallace888 · Nov 13, 2023

🚨BREAKING NEWS: Mexico's first openly non-binary member of the judiciary and prominent **LGBTQ**+ activist Jesús Ociel Baena just allegedly committed a murder-suicide ⚠️

The body of the magistrate was discovered in the central city of Aguascalientes, alongside they/them's sexual partner.

Security Minister Rosa Icela Rodriguez stated it was unclear "if it was a homicide or... some kind of accident".

According to the state attorney general's Office, there was no sign that a third person had entered the house.

Police said a sharp object was found at the scene and preliminary findings suggested the incident was a "personal matter".



💬 814        ↻ 910        ♡ 2.2K        📊 690K













**Matt Wallace** ✔ 🏴 @MattWallace888 · Aug 1, 2024 

"I was hurt like hell. I got a second punch to the nose, it hurt so much that I didn't want to continue"

A QUOTE FROM ANGELA CARINI AFTER THE OLYMPICS FORCED HER TO FIGHT A **TRANSGENDER** TODAY ⚠️

IT IS BELIEVED HE LIKELY BROKE ANGELA'S NOSE DURING THE FIGHT ‼️

Imane Khelif (the sicko pretending to be a woman) was not allowed to compete at the last World Boxing Championships due to a failed gender test, yet the POS Olympics had no issue letting him assault women in Paris.

Lin Yu Ting of Taiwan is the other transgender abuser. Both of them should be arrested as far as I am concerned! It takes a truly evil type of person to allow this to continue.

I REFUSE TO LET MY TWO YOUNG DAUGHTERS GROW UP IN A WORLD LIKE THIS!!!



💬 512          ↻ 1K          ♡ 3.5K          �features 316K          🔖  







 **Matt Wallace** ✔  @MattWallace888 · Nov 5, 2023

🚨 JUST IN: Connecticut Children's Hospital Has Launched A New Nationwide Portal For "**Transgender** Kids" 🚨

The portal is designed to make it easier for evil doctors to take advantage of children and charge large sums of money for "gender-affirming care"

That "care" includes:

⚠️ MIND-ALTERING DRUGS, OFTEN WITH IRREVERSIBLE EFFECTS

⚠️ PENIS REMOVAL

⚠️ VAGINAL INVERSION

⚠️ COUNSELING (Aka brainwashing)

THIS IS CHILD ABUSE! The number of health risks to Children going through "gender treatment" is overwhelming,

I WILL CONTINUE TO CALL IT OUT AND EXPOSE THE TRUTH! Join me in helping to protect children everywhere!









