

**Plaintiff's Exhibit 15**



