IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO DISTRICT

Civil Action No. 1:25-cv-01115-STV

JO ELLIS,

       Plaintiff,

v.

MATTHEW S. WALLACE,

       Defendant.

---

### **UNOPPOSED** MOTION AND STIPULATION FOR CONTINUANCE OF THE SPECIAL MOTION TO DISMISS HEARING

---

PLAINTIFF JO ELLIS, by and through her attorney, Meg Phelan, Esq., hereby respectfully submits this **Unopposed** and Stipulated Motion for Continuance of the Special Motion to Dismiss (the "Motion") hearing until the stipulated date of **September 19, 2025**, and states as follows:

### CERTIFICATION OF CONFERRAL

On August 21, 2025, Plaintiff's Counsel contacted via email Defendant's Counsel regarding a possible stipulation to continue the in-person Motion hearing currently set for September 2, 2025, at 9:00 a.m. On August 25, 2025, Defendant's Counsel indicated he did not oppose such a motion and he would stipulate to the hearing being reset for **September 19, 2025**.

### MOTION

1. Pursuant to the Uniform Civil Practice Standards to which this Court adheres, "[m]otions to continue (including motions to vacate or reset) hearings . . . will be determined pursuant to D.C.COLO.L.CivR 6.1 and 7.1 and *United States v. West*, 828 F.2d 1468, 1469-70

1

(10th Cir. 1987)." Civ. Practice Standard I.F. "A motion for . . . continuance shall state the reason for . . . continuance, the length of the requested . . . continuance, and the total number of extensions of continuances granted previously." D.C.COLO.LCivR 6.1(b).

2. Defendant Wallace filed his Motion on July 28, 2025, and Plaintiff's Response in Opposition was filed with this Court on August 18, 2025, after receiving a one-week extension. Defendant Wallace received an extension to submit his Reply, which is now due on September 1, 2025–the day prior to the currently scheduled in-person Motion hearing.

3. Plaintiff Ellis makes this unopposed request for a continuance for the Motion hearing until **September 19, 2025**, a date which has been agreed upon by Defendant's Counsel.

4. Good cause exists to grant the requested continuance:

    a. Plaintiff's Counsel is a solo practitioner and requests additional time to review Defendant's Reply in order to prepare for oral argument;

    b. Plaintiff's Counsel has out-of-state military duty September 5-14, 2025;

    c. the parties have conferred and there is no opposition to the requested continuance, and parties have stipulated that the hearing be reset for **September 19, 2025**;

    d. no party will be prejudiced by the continuance;

    e. judicial resources will not be wasted or duplicated by granting this requested continuance;

    f. this is the first continuance requested by Plaintiff; and

    g. Plaintiff's request for an extension to file her Response was granted previously.

WHEREFORE, Plaintiff Jo Ellis respectfully requests this Honorable Court grant this motion by vacating the current Motion hearing date of September 2, 2025, at 9:00 a.m., and resetting the hearing on the stipulated date of **Friday, September 19, 2025**.

Respectfully submitted this 26th day of August 2025,

/s/ Meg Phelan

Meg Phelan, SC Bar No. 78209
**Equality Legal Action Fund**
P.O. Box 81465
Lincoln, Nebraska 68501
(618) 680-0292
meg.phelan@equalityactionfund.org
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **UNOPPOSED** MOTION AND STIPULATION FOR CONTINUANCE OF THE SPECIAL MOTION TO DISMISS HEARING was filed with the Court and served on Defendant's Counsel on August 26, 2025, via the CM/ECF, which will send notification of such filing to the following email address:

Dan Ernst
*Attorney for Defendant*
dan@ernstlegalgroup.com

/s/ Meg Phelan
Meg Phelan
**Equality Legal Action Fund**
*Attorney for Plaintiff*

4