IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01115-STV

**JO ELLIS**, an individual,

    Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

    Defendant.

---

**DECLARATION OF DEFENDANT MATTHEW S. WALLACE
FILED CONTEMPORANEOUSLY WITH DEFENDANT'S REPLY
IN SUPPORT OF SPECIAL MOTION TO DISMISS PURSUANT TO § 13-20-1101, C.R.S.**

---

I, Matthew S. Wallace, hereby declare, under penalty of perjury pursuant to the laws of Colorado and the United States, as follows:

1. I am over the age of 21, and I have personal knowledge of all the facts stated below.

2. I am Defendant in the above-captioned matter.

3. I believed Jo Ellis to have been a pilot in the aircraft collision that occurred on January 29, 2025, when I published statements to that effect.

4. It is hard to fathom how Plaintiff and counsel are trying to build a framework for this case.

5. The story that Jo Ellis was the pilot in question was already viral across multiple platforms before I heard about it and subsequently commented on it.

6. Even if I had said nothing, the Jo Ellis story still would have been trending at the top of social media, **and we know this for a fact** because it already was trending (with over 70,000 posts on X alone) before I made any mention of Jo Ellis.

7. The reason I heard about the story that Jo Ellis was the pilot in question so late in the lifecycle of the story (that is, after midnight on January 31, 2025) is because I was in the process of moving our family home, while taking care of my toddler, infant, and pregnant wife.

1

8. I am not a journalist with significant resources or someone who makes much money at all from the posts I make. I am a 27-year-old who just comments on stories I see, and have no employees nor any team at all.

9. Unlike Jo Ellis, who is the beneficiary of fund-raising instruments such as "gofundme" accounts and nonprofit organizations, including the Equality Legal Action Fund, paying for legal fees, costs and advances such that Plaintiff is currently regularly posting videos driving around in their expensive new sports car and using the publicity garnered from this litigation to promote a standup comedy tour; I am having to expend time, stress and my own family's money to deal with this litigation while also trying to figure out how to afford preschool for our daughter and healthcare for my wife who is eight (8) months pregnant and can barely move.

10. The expense and stress of this litigation has been extremely difficult on my family.

11. And I am not trying to make excuses! None of that makes it ok to just say anything online. But the truth here is that I would never use my platform to fabricate a false story about anyone. Before commenting on the Jo Ellis story, I researched it to the best of my ability and genuinely believed it was true based on seemingly substantial evidence, as well as the tens of thousands of posts saying it was true, without any findable refutation. That is to say, there was in fact an article written by Jo Ellis only days before the crash alluding to their mental struggles, it is a fact that Jo Ellis was part of the same military division as the pilot who was responsible for the crash, it is a fact that the crash happened right after a controversial military ban of transgender people, it was a fact that there were news organizations publishing articles and tens of thousands of posts trending on multiple platforms stating that Jo Ellis was the pilot in question, it was a fact that Grok (X's AI) was saying it, and it is a fact that prior to my posting comments on the matter there were no community notes or findable refutations stating otherwise — this was more than enough to support my reasonably believing that Jo Ellis was the pilot in question at the time I posted.

12. But in any case, I certainly did not know the story to be false at the time I published my comments and certainly would not have published any statement implying Jo Ellis was the pilot in question if I had good reason to suspect that was false.

13. Immediately after it became public knowledge that Jo Ellis was not the pilot – hours after any of the posts I published that are challenged in the Complaint – I published three (3) separate posts to correct the record and saying that Jo Ellis was not the pilot in question.

14. If Jo Ellis were really facing security threats, economic damage or severe mental stress, why did Plaintiff take so long – despite being active on Facebook – to publicly correct the record and let the people who were commenting know that they were wrong about Ellis being involved in the fatal crash? It would have been very easy to do! Why wait until the next day to post a proof of life? Why hire a PR person to get dozens of mainstream articles published about the incident and subsequent lawsuit?

15. Moreover, why didn't Plaintiff sue Ann Vandersteel, for example, a well-resourced journalist who posted in detail that a source confirmed Jo Ellis was the pilot more than

2

four (4) hours before I commented on it? Ms. Vandersteel's post was already viral and included the military division and full identity of Jo Ellis, long before I posted anything about Jo Ellis.

16. It is worth noting that Vandersteel's post had no community note or refutation four (4) hours after her original publication, when I posted comments on the matter.

17. Vandersteel is a well-resourced journalist whose post played a significant role in the story's being generally credible, and specifically in my believing it was true. Compare Vandersteel's outright unequivocal publication of statements claiming that Jo Ellis was the pilot in question, to my comments, which used more careful language including "looks like" and "may have been" because even though it seemed clearly to be true, I wanted to make sure it was fully confirmed by the military before saying anything unequivocal.

18. Nevertheless, Plaintiff and her attorneys and PR firm decided to sue me – a perfect target for their public relations purposes, as I am a 27 year old white male "right-wing influencer" – even though my comments had no possible material causal effect on Plaintiff's alleged damages.

19. Why didn't Plaintiff, the Equality Legal Action Fund, their PR firm and other activists decide to sue the magazines, news organizations, or X, whose Grok AI was stating that Jo Ellis was the pilot in question at least twelve (12) hours before I ever commented?

20. It is obvious why they singled me out! Because I fit their image of an acceptable "enemy", and that as an individual I won't be able to sustain the pressure of litigating a federal case. This lawsuit is about two things, (1) punishing "transphobic" "wrong-thinkers" imposing crushing expenses on those who dare "misgender" or speak out against transgender-promotions under DEI policies, and (2) getting as much publicity and donations as possible, with the least amount of friction possible, for Plaintiff and the Equality Legal Action Fund.

21. Further proof that this suit is a publicity stunt, rather than a proper use of the Courts, is how Jo Ellis told multiple mainstream publications that any money received from the case would be donated to the victims' families. That statement could not possibly make it any more clear that this case is about, and has always been about, publicity and punishment, not Plaintiff's actual damages! *See* **Exhibit RD-1**, attached hereto.

22. Then on top of all this, Plaintiff and her counsel seem to be resorting to perjury (or maybe reckless mistake) in their Response by bringing in posts that are not part of the Complaint and that are from social media accounts that I don't own! For example, Dkt.##22-5,22-7, 22-9, 22-10, and 22-13 are publications that are not part of the Complaint and are not made by me.

23. Each of those points alone should theoretically be enough, but all together, it shows why this case should never have been brought against a person who didn't even initiate the story.

24. I respectfully ask the Court to please end this immediately and allow me to recoup the money we have had to spend on legal fees, so I can move forward and focus instead on

my 8-month pregnant wife and the baby girl we are about to welcome into the world. If this is allowed to continue, it sets a bad precedent. Nobody should be able to use the legal system in this way. Thank you!

**I attest under penalty of perjury that the foregoing numbered statements, each and all, are true and correct and sign below to affirm this:**

Dated 08/28/2025 and signed in Denver County Colorado

By: *Matthew Wallace*
MATTHEW S. WALLACE

---

### CERTIFICATE OF SERVICE

The undersigned certifies that on <u>August 28, 2025</u>, a copy of the above anti-SLAPP special motion to dismiss and its attached declarations were served on counsel for Defendant by email through the Colorado Court's E-Filing Service, ICCES at the following:

Attorneys for Plaintiff:

By:   ERNST LEGAL GROUP, LLC

_____
*Attorney for Defendant Wallace*

4