

Ellis' suit seeks damages for the injury to her reputation, though Ellis said she plans to donate any money that she wins from the suit to the families of the people who died in the crash.

Trans people have increasingly been falsely blamed for tragedies and violence in recent years, particularly after mass shootings. Since 2022, false or unconfirmed claims have linked trans people to mass shootings in Uvalde, Texas; Nashville, Tennessee; Philadelphia; Madison, Wisconsin; and Des Moines, Iowa.

In addition, since January, the Trump administration has enacted several policies targeting trans people, including the trans military ban, which states that being openly trans "is not consistent with the humility and selflessness required of a service member." Two judges have temporarily blocked that policy from taking effect.

Jo Yurcaba



nbcnews.com

**EXHIBIT RD-1**