IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 25-cv-01115-STV | Date:   September 17, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| JO ELLIS, | Margaret Haley Phelan (by phone) |
| Plaintiff, | |
| v. | |
| MATTHEW S. WALLACE, | Dan Ernst |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:**     3:02 p.m.
Court calls case.  Appearances of counsel and Defendant Matthew Wallace.

This matter is before the Court regarding Defendant's Motion to Dismiss [ECF Doc. No 16, filed on 7/28/2025].

Arguments by counsel.

**Court in recess:**     3:58 p.m.
**Court in session:**    4:40 p.m.

For the reasons stated on the record, it is:

**ORDERED:**       Defendant's Motion to Dismiss [ECF Doc. No 16] is **DENIED**.

A Status Conference is set for **November 6, 2025 at 10:30 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak.

HEARING CONCLUDED.

**Court in recess:**     4:58 p.m.
Total time in court:     01:14

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.