**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-01115-STV

**JO ELLIS**, an individual,

    Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

    Defendants.

---

### <u>UNOPPOSED</u> MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR RECONSIDERATION

---

Defendant Matthew S. Wallace by and through his attorney Dan Ernst with Ernst Legal Group, LLC, respectfully requests this honorable Court grant his herein <u>Unopposed</u> Motion for Enlargement of Time to File a Motion for Reconsideration of the Court's Order Re: Defendant's anti-SLAPP Motion to Dismiss Pursuant Colorado Revised Statutes § 13-20-1101, until and including **<u>October 23, 2025</u>**, and in support states the following:

### <u>CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.L.CIV.R. 7.1(a)</u>

Counsel conferred on the relief requested, and there is no opposition to the extension requested.

### <u>MOTION</u>

1. The parties are discussing a possible out-of-court settlement of the above-captioned litigation, and the requested extension may facilitate their finding resolution in an efficient manner and thereby conserve judicial resources and the parties' expense.

2. The requested extension until and including October 23, 2025, will not prejudice or bias any party, nor waste or duplicated judicial resources.

3. This request for an enlargement of time to file is submitted prior to the current deadline for filing a motion for reconsideration, which is October 15, 2025.

4. This Court has authority to grant the requested extension of time to file pursuant to F.R.C.P. Rule 6(b)(1)(A) and "the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *United States v. Colo. State Eng'r (In re Water Rights of United States*), 101 P.3d 1072, 1080-81 (Colo. 2004) (quoting *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936)).

5. Good cause exists for this Court to grant the requested extension of time in that Defendant's counsel is a solo practitioner with several other impending deadlines in open litigations including, but not limited to:

    a. A trial court case mediation in U.S. Dist. Case No. 1:25-cv-00632, *Sorenson v. Gray et al.,* scheduled for October 15, 2025;

    b. A response to motion for transfer in Colo. Dist. Case No. 2025CV32972, *Brown et al. v. Toney,* due on October 15, 2025;

    c. A 10th Circuit mediation in Case No. 25-1316, *Gasser v. Town of Castle Rock et al.*, scheduled for October 17, 2025;

    d. Discovery responses in U.S. Dist. Case No. 1:21-cv-01348, *Shat Acres Highland Cattle, LLC et al. v. American Highlands Cattle Association, et al.,* due October 17, 2025.

6. The requested short extension of time will allow Defendant's counsel sufficient time to prepare a proper and complete motion for reconsideration on behalf of Defendant Matthew Wallace.

**WHEREFORE** Defendant Wallace respectfully requests the Court grant the herein motion and

extend the deadline to file a motion for reconsideration until and including **October 23, 2025**.

RESPECTFULLY SUBMITTED this October 13, 2025.

By: ___*/s/Dan Ernst*_____
      Dan Ernst, Esq. #53438
      ERNST LEGAL GROUP, LLC
      217 E. 7th Ave.
      Denver, CO 80203
      dan@ernstlegalgroup.com
      ***Attorney for Defendant Wallace***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2025, a true and correct copy of the foregoing UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed with the Court and served to Plaintiff via CM/ECF, the federal Court's E-filing System, by delivering a copy to the following:

***Attorney for Plaintiff***
Meg Phelan, SC Bar No. 78209
EQUALITY LEGAL ACTION FUND
P.O. Box 81465
Lincoln, Nebraska 68501
(618) 680-0292
meg.phelan@equalityactionfund.org

By: ___*/s/Dan Ernst*_____
      Dan Ernst
      ERNST LEGAL GROUP, LLC
      ***Attorney for Defendant Wallace***