IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 25-cv-01115-STV

**JO ELLIS**, an individual,

    Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

    Defendants.

---

**JOINT MOTION FOR A SETTLEMENT CONFERENCE**

---

Defendant Matthew S. Wallace by and through his attorney Dan Ernst with Ernst Legal Group, LLC, and Jo Ellis, by and through her counsel Meg Phelan with Equality Legal Action Fund, hereby submit this Joint Motion for a Settlement Conference, as follows:

1. Per D.C.COLO.LCIvR, M.J. PRAC. STANDARDS § VII(1), the Parties respectfully move this Court to grant them a Settlement Conference conducted in conformance with the requirements set forth in D.C.COLO.LCIvR, M.J. PRAC. STANDARDS § VII.

2. The Parties believe a settlement conference by an Honorable Magistrate Judge conducted in, preferably, December of 2025, or January of 2026, if needed to accommodate all Parties, would be beneficial at this time.

3. The Parties believe a Settlement Conference conducted in accordance with D.C.COLO.LCIvR, M.J. PRAC. STANDARDS § VII, as opposed to private mediation, is necessary

due to the contentious nature of the underlying matters giving rise to this case and the strain of the expense this litigation has had on Defendant and his family already.

4.      The Defendant and his counsel reside in Colorado and will make themselves available to attend an in-person settlement conference; however, due to the fact that Plaintiff and her counsel are located outside of the State of Colorado, Plaintiff and her counsel prefer having the option to attend remotely via a video and/or telephone conference call platform.

WHEREFORE, for the reasons stated above, the Parties jointly request this Court grant them a Settlement Conference as permitted by the Local Federal Rules and Practice Standards.

Respectfully submitted this 17th day of November, 2025.

| On Behalf of Plaintiffs: | On Behalf of Defendants: |
|---|---|
| */s/Dan Ernst*<br>ERNST LEGAL GROUP, LLC<br>217 E. 7th Ave.<br>Denver, Colorado 80203<br>Telephone: (720) 798-3667<br>dan@ernstlegalgroup.com<br>***Attorney for Defendant*** | */s/Meg Phelan*<br>Meg Phelan, SC Bar No. 78209<br>EQUALITY LEGAL ACTION FUND<br>P.O. Box 81465<br>Lincoln, Nebraska 68501<br>(618) 680-0292<br>meg.phelan@equalityactionfund.org<br>***Attorney for Plaintiff*** |

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, a true and correct copy of the foregoing was shared with Defendant Wallace and filed with the Court and served to Plaintiff via CM/ECF, the federal Court's E-filing System, by delivering a copy to the following:

***Attorney for Plaintiff***
Meg Phelan, SC Bar No. 78209
EQUALITY LEGAL ACTION FUND
P.O. Box 81465
Lincoln, Nebraska 68501
(618) 680-0292
meg.phelan@equalityactionfund.org

By: __/s/Dan Ernst_____
  Dan Ernst
  ERNST LEGAL GROUP, LLC
  *Attorney for Defendant Wallace*