IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01115-STV Ellis v. Wallace

Jo Ellis

Plaintiff,

v.

Matthew S. Wallace

Defendant.

## MINUTE ORDER

It is hereby **ORDERED** that a Settlement Conference is **SET** on January 14, 2026, <u>**at 9:00 a.m.**</u> via Zoom in Courtroom 323, Third Floor, Wayne N. Aspinall Federal Building and United States Courthouse, 400 Rood Avenue, Grand Junction, Colorado 81501.

It is further **ORDERED** that counsel **shall have parties present via Zoom** who shall have **full authority** to negotiate all terms, demands and/or settlement presented regarding the case, and **full authority** to enter into a settlement agreement, including an adjuster if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority." If an insurance policy is involved, the person must have **full** authority, up to and including, policy limits. While it is the court's preference that all appear in person, the court recognizes that this conference is scheduled at Grand Junction, Colorado. Because of this, the Settlement Conference will be conducted entirely via Zoom. Counsel for the parties are to provide my Division Clerk, Kim Flynn, with the email addresses of all persons who need to be provided with the Zoom link log in information no later than the close of business on January 8,2026.

In order that productive settlement discussions can be held, no later than five business days prior to the settlement conference, counsel shall prepare and submit two settlement statements in accordance with D.C.COLO.MJ VII.4. The confidential settlement statement emailed to Chambers (<u>Gurley_Chambers@cod.uscourts.gov</u>) **shall not exceed 10 pages**, and the total number of pages of exhibits attached may not

exceed 20. To the extent that any party feels additional exhibits might be useful for settlement discussion purposes, that party should advise the Division Clerk of what they wish to provide, and she will instruct the party further. This statement shall directly address the party's interests, concerns, needs, and fears which may affect the party's settlement position or ability to settle. Plaintiff shall provide me with a settlement offer. Each party should be prepared to address why they believe their proposal is reasonable.

Finally, lead counsel for each party is directed to separately call Chambers (970-241-8932) and schedule a 15–20-minute-long call with the Court, to occur two to three days in advance of the settlement conference, to discuss the nature of the case, the settlement demands, the respective positions of the parties, and any potential impediments to settlement they might foresee.

Date: November 19, 2025