IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

U.S. Magistrate Judge Richard T. Gurley

Civil Action No. 1:25-cv-01115-STV Ellis v. Wallace

Jo Ellis

Plaintiff,

v.

Matthew S. Wallace

De endant.

___

MINUTE ORDER
___

It is hereby **ORDERED** that the Settlement Con erence on January 14, 2026, **at 9:00 a.m.** via Zoom in Courtroom 323, Third Floor, Wayne N. Aspinall Federal Building and United States Courthouse in  ront o  U.S. Magistrate Judge Richard T. Gurley, 400 Rood Avenue, Grand Junction, Colorado 81501 has been **vacated**.