IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

U.S. Magistrate Judge Richard T. Gurley

Civil Action No. 1:25-cv-01115-STV Ellis v. Wallace

Jo Ellis

Plaintiff,

v.

Matthew S. Wallace

Defendant.

_____

**MINUTE ORDER**

_____

This matter is being rescheduled due to an illness of one of the attorneys.

It is hereby **ORDERED** that the Settlement Conference on February 19, 2026, <u>at 9:00 a.m.</u> via Zoom in Courtroom 323, Third Floor, Wayne N. Aspinall Federal Building and United States Courthouse in front of U.S. Magistrate Judge Richard T. Gurley, 400 Rood Avenue, Grand Junction, Colorado 81501 has been **vacated and** has been **rescheduled** for **April 8, 2026 at 9:00 a.m.** in Courtroom 323, Third Floor, Wayne N. Aspinall Federal Building and United States Courthouse in Grand Junction, CO **via Zoom**.

The attorneys are **ORDERED** to contact the court's Division Clerk within the next 15 days to schedule a brief (15-30 minute) pre-Settlement Conference phone call with the court. The Division Clerk is generally in the office on Tuesdays, Wednesdays, and Thursdays.