**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-01115-STV

**JO ELLIS**, an individual,

    Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE MOTION FOR RECONSIDERATOIN**

---

Defendant Matthew S. Wallace files this **Unopposed** Motion for Extension of Time to File a Motion for Reconsideration of this Court's Order re: anti-SLAPP motion, until and including **April 16, 2026**, stating the following:

**CERTIFICATE OF CONFERRAL**

Counsel have conferred and the extension to file requested herein is unopposed.

**MOTION**

1. The Court is authorized to grant the requested relief by F.R.C.P. Rule 6(b)(1), which provides that "the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires".

2. On November 17, 2025, the parties were granted leave to participate in a Settlement Conference with Magistrate Judge Richard T. Gurley presiding.

3. The Settlement Conference has been continued until April 8, 2026.

4. If the Settlement Conference is successful, briefing on a motion for reconsideration will be moot.

5. Good cause exists to grant the unopposed extension as it may save the parties

expense and time, and conserve judicial resources; the parties agree that postponing the briefing on a motion for reconsideration until after the Settlement Conference is proper and will not prejudice any party nor waste judicial resources.

**WHEREFORE**, Defendant Matthew S. Wallace respectfully requests this Honorable Court grant this motion and extend Defendant's time to file a motion for reconsideration until and including **April 16, 2026**.

RESPECTFULLY SUBMITTED,

February 24, 2026,

By: */s/Dan Ernst*
Dan Ernst, Esq. #53438
ERNST LEGAL GROUP, LLC
217 E. 7th Ave.
Denver, CO 80203
dan@ernstlegalgroup.com
***Attorney for Defendant Wallace***

# CERTIFICATE OF SERVICE

      I hereby certify that on February 24, 2026, a true and correct copy of the foregoing Unopposed Motion For Enlargement of Time to File Motion For Reconsideration was filed with the Court and served to Plaintiff via CM/ECF, the federal Court's E-filing System, by delivering a copy to the following:

***Attorney for Plaintiff***
Meg Phelan, SC Bar No. 78209
EQUALITY LEGAL ACTION FUND
P.O. Box 81465
Lincoln, Nebraska 68501
(618) 680-0292
meg.phelan@equalityactionfund.org

                                                          By:   */s/Dan Ernst*
                                                                     Dan Ernst
                                                                     ERNST LEGAL GROUP, LLC
                                                                     *Attorney for Defendant Wallace*