**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-01115-STV

**JO ELLIS**, an individual,

      Plaintiff,

v.

**MATTHEW S. WALLACE**, an individual,

      Defendants.

---

## JOINT MOTION FOR STAY OF PROCEEDINGS IN DISTRICT COURT

---

Plaintiff Jo Ellis and Defendant Matthew S. Wallace, by and through their respective attorneys, hereby submit this Joint Motion for Stay of Proceedings in the United States District Court, pending the ruling of the Tenth Circuit Court of Appeals on the question of whether the appellate court has jurisdiction over an interlocutory appeal of the anti-SLAPP motion ruling in this District Court.

1. There is a pending Motion for Reconsideration of this Court's anti-SLAPP ruling in this District Court;

2. The Plaintiff's Response to said Motion for Reconsideration is due May 7, 2026;

3. There is a question pending in the Tenth Circuit regarding that Court's jurisdiction to hear an interlocutory appeal of the anti-SLAPP motion, for which Defendant filed a memorandum brief regarding jurisdiction on April 17, 2026 and Plaintiff filed a response regarding jurisdiction on April 21, 2026.

4.  The Requested Stay of Proceedings in this District Court pending the appellate court's determination of its jurisdiction shall not prejudice the parties, nor waste the Court's judicial resources.

5.  This Court has authority to grant the requested stay of proceedings based on "the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *United States v. Colo. State Eng'r (In re Water Rights of United States)*, 101 P.3d 1072, 1080-81 (Colo. 2004) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)).

WHEREFORE, the parties jointly and respectfully request that this Court stay proceedings in this court until the Tenth Circuit Court of Appeals has issued its ruling regarding jurisdiction currently pending in appellate case No. 25-1402.

Respectfully submitted this April 24, 2026,

By: __/s/Dan Ernst_____
Dan Ernst
ERNST LEGAL GROUP, LLC
217 E. 7th Ave
Denver CO 80203
720-798-3667
Dan@ernstlegalgroup.com
***Attorney for Defendant Wallace***

By: ___/s/ Meg Phelan_____
Meg Phelan, SC Bar No. 78209
EQUALITY LEGAL ACTION FUND
P.O. Box 81465
Lincoln, Nebraska 68501
(618) 680-0292
meg.phelan@equalityactionfund.org
***Attorney for Plaintiff***