IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 25-cv-01115-STV                    Date: July 14, 2026
Courtroom Deputy: Sonia Chaplin                  FTR – Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| JO ELLIS, | Margaret Haley Phelan (by phone) |
| Plaintiff, | |
| v. | |
| MATTHEW S. WALLACE; *et al,* | Dan Ernst |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:01 p.m.**

Court calls case. Appearances of counsel.

This matter is before the Court on [ECF Doc. No 59] and [ECF Doc. No 63] Motions.

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**     Defendant's [59] Motion for Reconsideration is **DENIED**.

Counter Defendant's [63] Motion to Dismiss is taken under advisement.

The Scheduling Conference is set for **August 26, 2026 at 2:00 p.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Parties shall file the Proposed Scheduling Order on or before **August 19, 2026**.

HEARING CONCLUDED.

**Court in recess: 2:31 p.m.**

Total time in court: 00:30

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, [scheduling@pattersontranscription.com](mailto:scheduling@pattersontranscription.com); or AB Litigation Services at (303) 629-8534.*